76666.0023

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| JAIME GONZALEZ | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 5:15-CV-92 |
| | § § | |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY | § § § | |
| Defendant | § | |

## JOINT ADVISORY TO THE COURT

JAIME GONZALEZ and TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY ("Travelers"), in compliance with the Joint Report Required by Fed. R. Civ. P. 26(f) and Joint Discovery/Case Management Plan have conducted mediation with Richard Sparr on August 4, 2015. Accordingly, counsel for the parties file this Joint Advisory to the Court notifying the Court that this case has been settled as to all parties.

Respectfully submitted,

SPEIGHTS & WORRICH
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
Telephone: (210) 495-6789
Facsimile: (210) 495-6790
ben@speightsfirm.com

By: _Benjamin Doherty_ by _Robert J. Schuig_
BENJAMIN DOHERTY   with permission
State Bar No. 24087434   SBN: 17736350

ATTORNEYS FOR PLAINTIFF

1

76666.0023

                                 ADAMI, SHUFFIELD, SCHEIHING
                                      & BURNS, P.C.
                                 9311 San Pedro, Suite 900
                                 San Antonio, Texas 78216
                                 Telephone (210) 344-0500
                                 Telecopier (210) 344-7228
                                 bscheihing@adamilaw.com

By: _____
                ROBERT F. SCHEIHING
                State Bar No. 17736350

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure this __4__ day of December, 2015:

Benjamin Doherty
SPEIGHTS & WORRICH
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
ben@speightsfirm.com

_____
ROBERT F. SCHEIHING