*76666.0023*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| JAIME GONZALEZ § § **Plaintiff,** § § V. § § TRAVELERS LLOYDS OF TEXAS § INSURANCE COMPANY § § **Defendant** § | CIVIL ACTION NO. 5:15-CV-92 |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this _____ day of August, 2015.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANT**

SPEIGHTS & WORRICH
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
Telephone: (210) 490-6789
Facsimile: (210) 490-6790
Ben@speightsfirm.com

By: _____
BENJAMIN B. DOHERTY
State Bar No: 24087434

**ATTORNEYS FOR PLAINTIFF**