United States District Court
Southern District of Texas
**ENTERED**
February 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAMIE GONZALEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 5:15-cv-92 |
| TRAVELERS LLOYDS OF TEXAS | § | |
| INSURANCE COMPANY, | § | |
|     Defendant. | § | |

## MEMORANDUM OF DISMISSAL

The parties have filed a Stipulation of Dismissal indicating that they have agreed to dismiss this case with prejudice. (Dkt. 12.) Attorneys for all parties have signed the stipulation. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), no court order is required to effectuate dismissal. The Clerk of Court is therefore DIRECTED to enter on the docket sheet that this case is dismissed.

DONE at Laredo, this 4th day of February, 2016.

_____
George P. Kazen
Senior United States District Judge